CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br><br>**Alfonso Barragan-Landa**<br>YOB: 2003; United States Citizen | DOCKET NO.<br><br>SEALED |
|---|---|
| | MAGISTRATE'S CASE NO.<br><br>25-00279MJ |

Complaint for violation of Title 18, United States Code § 924(a)(1)(A)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about December 03, 2024, at or near Phoenix, in the District of Arizona, **Alfonso BARRAGAN-LANDA** knowingly made a false statement and representation to Sportsman's Warehouse #117, licensed under the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Sportsman's Warehouse; in that **Alfonso BARRAGAN-LANDA**, in connection with the purchase of a firearm, that is, one Barrett, model MRAD, .338 caliber rifle bearing serial number EJ003828, stated that his current address was 8819 N. 1st Street, Phoenix, Arizona, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On December 03, 2024, Alfonso **BARRAGAN-LANDA** purchased one Barrett, model MRAD, .338 caliber, rifle, bearing serial number EJ003828 from Sportsman's Warehouse #117, a federally licensed firearms dealer in Phoenix, Arizona. In completing the ATF Form 4473, required to be kept in the records of Sportsman's Warehouse #117 in connection with the purchase of the firearm, **BARRAGAN-LANDA** stated that his current address was 8819 N. 1st Street, Phoenix, Arizona, 85020. **BARRAGAN-LANDA** also signed the form, certifying all the information he provided therein was true, correct, and complete.

On March 31, 2024, Agents responded to 8819 N. 1st Street, Phoenix, Arizona, 85020 and spoke with the resident of the address, a relative of **BARRAGAN-LANDA**, who advised **BARRAGAN-LANDA** had not lived at that address in more than three (3) years. Agents then responded to 32 E. Ruth Avenue, Phoenix, Arizona and spoke to the complex manager, who stated **BARRAGAN-LANDA** has been renting the stand-alone unit located at 42 E. Ruth Avenue continuously since 10/29/2021.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>CHADRICK SUTTERLEY <span style="font-size:small">Digitally signed by CHADRICK SUTTERLEY<br>Date: 2025.04.07 14:03:22 -07'00'</span> |
|---|---|
| | OFFICIAL TITLE & NAME:<br>ATF SA Chadrick Sutterley |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 7, 2025 |
|---|---|

[1] See Federal rules of Criminal Procedure, Rules 3 and 54

Reviewing AUSA David P. Petermann
 CC: USM, AUSA, PTS