AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br><br><br><br>Alfonso Barragan-Landa<br>*Defendant* | )<br>)<br>)  Case No.  25-00279MJ<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Alfonso Barragan-Landa                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

U.S.C. 18 § 924(a)(1)(A) Knowingly make any false statement in connection with acquistiion of firearms.

Date:    04/07/2025

ISSUED ON 3:50 pm, Apr 07, 2025
s/ Debra D. Lucas, Clerk

_____
*Issuing officer's signature*

City and state:    Tucson, AZ

Eric J. Markovich, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 4/8/25 , and the person was arrested on *(date)* 4/24/25
at *(city and state)* Nogales, AZ .

Date: 4/25/25

Subject arrested by SantaCruzCoSO
and initialed on 4/29/25
in the District of Arizona.

_____
*Arresting officer's signature*

_____
*Printed name and title*

CC: AFPD, AUSA, PTS