TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DAVID P. PETERMANN
Assistant United States Attorney
Ohio State Bar No. 0071332
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: david.petermann@usdoj.gov
Attorneys for Plaintiff

FILED

2025 MAY 14  PM 4: 05

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-02303 TUC-RM(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Alfonso Barragan-Landa,

Defendant.

No.

**INDICTMENT**

VIOLATION:
18 U.S.C. § 924(a)(1)(A)
(False Statement During
Purchase of a Firearm)
Count 1

18 U.S.C. § 924(d); 28 U.S.C. §
2461(c); 50 U.S.C. § 4819(d)(1)(C)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about December 3, 2024, in the District of Arizona, the defendant, ALFONSO BARRAGAN-LANDA, knowingly made a false statement and representation to the Sportsman's Warehouse, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the Sportsman's Warehouse, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that his current residence was on 1st Street in Phoenix, Arizona, whereas in truth and in fact, he had been residing on Ruth Avenue in Phoenix, Arizona prior to and at the time of filling out the form, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Indictment, the defendant, ALFONSO BARRAGAN-LANDA, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm involved in the commission of the offense, including, but not limited to:

A Barrett, model MRAD, .338 caliber rifle bearing serial number EJ003828;

If the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL
/ S /

FOREPERSON OF THE GRAND JURY
Dated: May 14, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/ S /

DAVID P. PETERMANN
Assistant U.S. Attorney

*United States of America v. Alfonso Barragan-Landa*
*Indictment Page 2 of 2*