JON M. SANDS
Federal Public Defender
**JAMES D. SMITH**
Assistant Federal Public Defender
AZ Bar No. 024194
407 W. Congress St., Suite 501
Tucson, AZ 85701
Telephone (520) 879-7500
james_smith@fd.org
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 4:25-02303-TUC-RM (MAA) |
| Plaintiff, | |
| vs. | **SENTENCING MEMORANDUM** |
| Alfonso Barragan-Landa, | |
| Defendant. | |

Mr. Alfonso Barragan-Landa asks the Court to sentence him to probation as outlined in the Presentence Report. He is sorry that he got involved in this case. He has been learning to correct his life so he will never be in this situation again. He recognizes that he has family support and family responsibilities that will help him make the necessary changes.

The guidelines support the probation recommendation. He has no criminal history, and his offense level is within the probation eligible range. Also, he spent almost two months in custody between his initial arrest and being released again after violating his pretrial conditions.

After his second arrest, he has been focused on his sobriety. The rehabilitation program has helped him learn the skills to address his addiction. The program training,

additional time in custody, and family support have helped him know that he never wants to do something that has him back before the Court.

He hopes that the Court will let him move to Washington State so he can live with his family and be close to his child. His family can provide him with a place to live. They can also help him with a social network that can help him stay sober and focused on complying with his probation conditions. In return, he can help support his family financially. He has a young child and other family members who would benefit from his extra financial support.

A probation sentence for Mr. Barragan-Landa is supported by the 18 U.S.C. §3553(a) factors and the sentencing guidelines. He had a little trouble at one time on pretrial release, but he paid for that mistake with time in jail and has done well in the rehabilitation program. His family hopes that he will be back with them soon. They have missed him. He knows that he made a mistake and is working hard to recover from that mistake. He will also have an additional financial condition that will work as an additional consequence.

He asks that the Court sentence him to probation as outlined in the PSR.

**RESPECTFULLY SUBMITTED:**      February 5, 2026.

JON M. SANDS
Federal Public Defender

*s/James D. Smith*
**JAMES D. SMITH**
Assistant Federal Public Defender
*Attorneys for Defendant*

By *CM/ECF* this date to registered participants.